# IN THE SUPREME COURT OF THE STATE OF NEVADA

WARREN HAVENS,
               Appellant,
             vs.
ARNOLD LEONG; AND CHERYL
CHOY,
               Respondents.

No. 84224

FILED

FEB 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court minute order. Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule". *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from a district court's minute order. *See* NRAP 3A(b) (listing appealable orders); *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). And it does not

22-05616

appear from the district court docket entries that the district court has entered an appealable order. Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Elham Roohani, District Judge
Warren Havens
Ben A. Lehavi
Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A